IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO. 7:12-CV-307-FL

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| HESTER PERSONAL PROPERTY, | ) |
| SPECIFICALLY, A 2006 FORD F-250, | ) |
| VIN: 1FTSW21P56ED67048; | ) |
| AND ANY AND ALL PROCEEDS FROM THE | ) |
| SALE OF SAID PROPERTY, | ) |
| | ) |
| AND | ) |
| | ) |
| $20,687.00 IN U. S. CURRENCY, | ) |
| | ) |
| Defendants. | ) |

**DEFAULT**
**AS TO THE DEFENDANT $20,687.00 IN U.S. CURRENCY**

Upon motion and proper showing by the attorney for the plaintiff, the United States of America, default is hereby entered against the defendant $20,687.00 in U.S. Currency for having failed to appear, plead, or otherwise defend as provided by Rule 55 of the Federal Rules of Civil Procedure.

This the 8th day of April, 2013.

BY: _____
JULIE A. RICHARDS, Clerk of Court
United States District Court